ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2020

at ___ o'clock and 42 min. P M
SUE BEITIA, CLERK

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR20-00013 JMS |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [21 U.S.C. §§ 841(a)(1) and |
| ) | 841(b)(1)(A)(viii)] |
| LISA K. YOUNG, ) | |
|   aka "Lisa Foster," ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Count 1
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about January 15, 2020, within the District of Hawaii, LISA K. YOUNG, aka "Lisa Foster," the defendant, did knowingly and intentionally distribute to J.H.., who is not a defendant in this Indictment, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(l)(A)(viii).

Count 2
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about January 15, 2020, within the District of Hawaii, LISA K. YOUNG, aka "Lisa Foster," the defendant, did knowingly and intentionally possess with intent to distribute 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(l)(A)(viii).

<u>Serious Drug Felony</u>

Before LISA K. YOUNG, aka "Lisa Foster," the defendant, committed the offenses charged in Counts 1 and 2, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846 for which the defendant served a term of imprisonment of more than 12 months and for which the defendant's release from any term of imprisonment was within 15 years of the commencement of the instant offense. As a result of that conviction, the defendant is subject to increased punishment under Title 21, United States Code, Section 841(b).

Dated: January 30, 2020, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

United States v. Lisa K. Young,
Indictment
Cr. No.    CR20-00013 JMS

3